IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCUS JONES, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HENRY H. OTTENS MFG. CO., INC. | : | |
| d/b/a OTTENS FLAVORS, and | : | |
| CHUCK JONES, | : | |
|     Defendants. | : | NO. 11-911 |
| | : | |

FILED
MAR 8 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER RE: DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

AND NOW, on this 8th day of March, 2012, upon careful consideration of Defendants' Motion for Partial Summary Judgment (ECF No. 20), and Plaintiff's response thereto, and for the reasons in the accompanying Memorandum Re: Defendants' Motion for Partial Summary Judgment, it is hereby ORDERED that Defendants' Motion is DENIED.

Counsel shall discuss a trial date. A Final Pretrial Conference will be held by telephone on March 12, 2012 at 9:30 a.m.

BY THE COURT:

/s/ Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-911 Jones v. Henry H. Ottens Mfg\Jones Order SJ.wpd